**SEND**  FILED

2004 JUN 29 PM 1:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WESTERN DIGITAL TECHNOLOGIES, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV04- 4718 MMM (FMOx) |
| V. | |
| CORNICE, INC | **NOTICE TO PARTIES OF ADR PILOT PROGRAM** |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

06/29/04

Date

By: KCOMPTON

Deputy Clerk

DOCKETED ON CM

JUL - 6 2004

BY _____ 019

cc: ADR Program Coordinator

ADR-8 (01/03)   NOTICE TO PARTIES OF ADR PILOT PROGRAM