ENTER JS-6 SEND

FILED
CLERK, U S DISTRICT COURT
DEC - 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
DEC - 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED 2004 NOV 24 PM 2:46 CLERK US DISTRICT COURT CENTRAL LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> CORNICE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV-04-4718 MMM (FMOx) <br><br> **[PROPOSED] JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation of the parties,

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED without prejudice and without costs to either party.

Dated: DEC 0 6 2004, 2004

*Margaret M. Morrow*
Honorable Margaret M. Morrow
United States District Judge

W02-LA:LJS\70776143.1
[PROPOSED] JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

23

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On November 24, 2004, I served the foregoing document described as **[PROPOSED] JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** on each interested party, as follows:

| | |
|---|---|
| Gary Clark, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071-1448 | David C. Radulescu, Pro Hac Vice<br>ARLENE HAHN, Pro Hac Vice<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

[X]  (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on November 24, 2004, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Lisa M. Siegel  
(Type or print name)

*Lisa M. Siegel*  
(Signature)

1217306.1 01